UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-8465-WM

UNITED STATES OF AMERICA

v.

JUAN ESPANA-MEJIA,

      Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? ___ Yes ✓ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___ Yes ✓ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? ___ Yes ✓ No

      Respectfully submitted,

      JUAN ANTONIO GONZALEZ
      UNITED STATES ATTORNEY

BY: *Rinku Tribuiani*
      Rinku Tribuiani
      ASSISTANT UNITED STATES ATTORNEY
      Florida Bar No. 0150990
      500 South Australian Avenue, Suite 400
      West Palm Beach, Florida 33401
      Tel: (561) 820-8711
      Fax: (561) 820-8777
      Email: RTribuiani@usa.doj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>JUAN ESPANA-MEJIA,<br><br>Defendant(s) | Case No. 21-8465-WM |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **November 27, 2021** in the county of **Palm Beach** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. 1326(a) | Illegal re-entry after deportation |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

TFO Andy Korzen, HSI
Printed name and title

Sworn and Attested to me by Applicant by Telephone (FaceTime) pursuant to Fed. R. Crim. P. 4(d) and 4.1

Date: **November 30, 2021**

_____
Judge's signature

City and state: **West Palm Beach, FL**    William Matthewman, U.S. Magistrate Judge
Printed name and title

FILED BY KJZ D.C.
Nov 30, 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## AFFIDAVIT OF ANDY KORZEN
## UNITED STATES DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION AND CUSTOMS ENFORCEMENT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), and I am also Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over eighteen years. I am currently assigned to the Homeland Security Investigations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Juan ESPANA-MEJIA committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a).

3. On or about November 27, 2021, Juan ESPANA-MEJIA was arrested in Palm Beach County, Florida for driving under the influence, and an outstanding warrant from California for violation of probation for sexual battery. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system resulting in a positive match for an individual previously removed from United States, that is, Juan ESPANA-MEJIA.

4. A review of the immigration records shows that Juan ESPANA-MEJIA is a native and citizen of Honduras. Records further show that on or about January 28, 2008,

1

Juan ESPANA-MEJIA was ordered removed. The Order of Removal was executed on or about February 7, 2008, whereby Juan ESPANA-MEJIA was removed from the United States and returned to Honduras.

5. Thereafter, Juan ESPANA-MEJIA re-entered the United States illegally and on or about August 18, 2011, was removed and returned to Honduras for the second time.

6. Juan ESPANA-MEJIA's fingerprints taken in connection with his November 27, 2021 arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that the scanned fingerprints belong to the individual who was previously removed from the United States, that is, Juan ESPANA-MEJIA.

7. A record check in the Computer Linked Application Informational Management System (CLAIMS) was performed to determine if Juan ESPANA-MEJIA filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Juan ESPANA-MEJIA obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security for re-admission into the United States, as required by law.

8. Based on the foregoing, I submit that probable cause exists to believe that, on or about November 27, 2021, Juan ESPANA-MEJIA, an alien who was previously deported and removed from the United States, was found in the United States, without having received express consent from the Attorney General or the Secretary of the

Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Andy Korzen
Task Force Officer
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this __30th__ day of November 2021.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE